# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL L. BANE**, | CIVIL ACTION |
| Plaintiff, | |
| v. | NO. 24-6159-KSM |
| **SCOTT BESSENT, in his official capacity as Secretary of the United States Treasury, et al.**, | |
| Defendants. | |

## ORDER

**AND NOW**, this 8th day of August, 2025, upon consideration of Defendant Triple Canopy, Inc.'s ("Triple Canopy") motion to dismiss (Doc. No. 15) and Plaintiff's response (Doc. Nos. 18, 21), it is **ORDERED** that Triple Canopy's motion is **GRANTED** for the reasons set forth in the accompanying memorandum. Plaintiff's claim against Triple Canopy is dismissed without prejudice.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
KAREN SPENCER MARSTON, J.